# IN THE SUPREME COURT OF TEXAS

_____

## Misc. Docket No. 17-9069
_____

## ORDER OF SUSPENSION
### Hon. Hilary H. Green

Pursuant to Article 5, Section 1-a(6)A of the Texas Constitution, and Rule 15(b) of the Texas Procedural Rules for the Removal or Retirement of Judges, the State Commission on Judicial Conduct has recommended the immediate suspension, without pay, of the Honorable Hilary H. Green, Justice of the Peace for Precinct 7, Place 1, Houston, Harris County, Texas.

Having considered the Commission's Request, it is the Order of the Supreme Court of Texas that the Honorable Hilary H. Green, Justice of the Peace for Precinct 7, Place 1, Houston, Harris County, Texas, be immediately suspended from office, without pay, effective July 7, 2017, pursuant to Article 5, Section 1-a(6)A of the Texas Constitution, and Rule 15(b) of the Texas Procedural Rules for the Removal or Retirement of Judges, pending final disposition by the Commission of the charges against Respondent.

As ordered by the Supreme Court of Texas, in chambers,

With the Seal thereof affixed at the
City of Austin

This 7th day of July, 2017.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS